Reversed and Rendered and Memorandum Opinion filed June 25, 2009








Reversed
and Rendered and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00073-CV

____________

 

TEXAS DEPARTMENT OF PUBLIC SAFETY,
Appellant

 

V.

 

P.J.K., Appellee

 



 

On Appeal from the 278th District
Court

Walker County, Texas

Trial Court Cause No.
24279

 



 

M E M O R A N D U M   O P I N I O N

This is
a restricted appeal from an order of expunction signed June 23, 2008.  On June
12, 2009, the parties filed a joint motion to reverse the trial court=s order and render judgment in favor
of appellant.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the trial court=s expunction order signed June 23, 2008, is reversed, and we
render a take nothing judgment in favor of appellant.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.